IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **KELBESSA NEGEWO,** | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION 06-00631-WS-C |
| **MICHAEL CHERTOFF, etc.,** et al., | : | |
| | : | |
| Respondents. | | |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated December 13, 2006 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this 5th day of January, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE